**DAVID S. KAHN, ESQ.**
Nevada Bar No. 7038
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, Eleventh Floor
Las Vegas, Nevada 89101
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
David.Kahn@wilsonelser.com

*Attorneys for Defendant Neulion, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA RILEY, MICHAEL ADAMI, MEGAN DUNCAN, and BENITO ALICIEA JR., as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, NEULION, INC., and, DOES 1-100, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-02308-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiffs JOSHUA RILEY, MICHAEL ADAMI, MEGAN DUNCAN and BENITO ALICIEA, (collectively, hereinafter "Plaintiffs") by and through undersigned counsel, and Defendant NEULION, INC. ("NeuLion"), by and through undersigned counsel, hereby stipulate and agree that the time in which NeuLion may answer or otherwise respond (file a responsive pleading) to the Complaint be extended up to and including two (2) weeks from the ruling of the United States Judicial Panel on Multi District Litigation as to Defendant Showtime Networks Inc. and Showtime Digital Inc.'s Motion to Centralize Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (filed 10/3/17 in Case Pending No. 58, believed to have been assigned MDL Docket No. or Case No. 2806). Additionally, Defendant Zuffa, LLC, has filed an Unopposed Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation, Doc. 9, filed 10/4/17 in this matter. As such, good cause is provided for this request. In making this stipulation, Neulion Inc. does not waive any of its legal or procedural rights, and all of its legal rights, procedural rights, and defenses are hereby preserved.

Dated this 9th day of October, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

/s/ David A. Markman

---

DAVID A. MARKMAN
Nevada Bar No. 12440
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89114
(702) 382-1500
Attorneys for Plaintiffs

Dated this 9th day of October, 2017.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

---

DAVID S. KAHN
Nevada Bar No.: 7038
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400
Attorneys for Defendant, NeuLion, Inc.

## ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, the time in which NeuLion may answer or otherwise respond (file a responsive pleading) to the Complaint shall be extended up to and including two (2) weeks from the ruling of the United States Judicial Panel on Multi District Litigation as to Defendant Showtime Networks Inc. and Showtime Digital Inc.'s Motion to Centralize Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (filed 10/3/17 in Case Pending No. 58, believed to have been assigned MDL Docket No. or Case No. 2806). Neulion's legal rights, procedural rights, and defenses are hereby preserved.

IT IS SO ORDERED.

Dated: 10/10/2017

_____
UNITED SATES MAGISTRATE JUDGE