UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAMERON PARK,<br><br>    Plaintiff,<br><br>v.<br><br>ZUFFA, LLC, et al.,<br><br>    Defendants. | Case No. 2:17-cv-02282-APG-VCF<br><br>(ECF No. 40) |
| JOSHUA RILEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, et al.,<br><br>    Defendants. | Case No. 2:17-cv-02308-APG-GWF<br><br>(ECF No. 34) |
| HASAN DAAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NEULION, INC., et al.,<br><br>    Defendants. | Case No. 2:17-cv-02767-APG-VCF<br><br>(ECF No. 32) |

    The parties filed joint status reports in each of these cases requesting that all deadlines be stayed while the parties discuss settlement.

    IT IS ORDERED that the parties' request to stay all deadlines in each of these cases is GRANTED. The parties shall file a joint status report on or before January 15, 2018.

    DATED this 13th day of December, 2017.

                                                           ANDREW P. GORDON<br>                                                           UNITED STATES DISTRICT JUDGE